UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Sandra Park    Telephone: (212) 519-7871
Firm Name: American Civil Liberties Union Foundation
Business Address: 125 Broad St., 18th Floor
New York, NY
10004

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | |
|---|---|---|
| New Jersey Supreme Court | 13292002 | Admitted on 12/30/2002 |
| New York Appellate Division, Second Judicial Department | 4122370 | Admitted on 05/07/2003 |
| U.S District Court for the Southern District of New York | SP6817 | Admitted on 08/19/2003 |
| U.S District Court for the Eastern District of New York | | Admitted on 09/15/2003 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
 x  No         ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:         x  none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. This certification that the foregoing is true and correct is made under penalty of perjury .

_____            8/16/2013
Signature                                              Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

Additional current bar memberships and dates of admission:
1. United States Supreme Court; June 28, 2010
2. U.S. Court of Appeals for the Federal Circuit; June 11, 2010
3. U.S District Court for the Eastern District of Michigan; November 28, 2007
4. U.S. Court of Appeals for the Second Circuit; May 17, 2013.