UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

**ELECTRONIC CASE FILING REGISTRATION FORM**

Attorneys who are active or current pro hac vice members of the District of Utah's Bar may register for the **District of Utah Electronic Filing System** by (i) completing the required training and (ii) signing and returning this form to the Court. Please review carefully the registration conditions set forth below before signing.

| Sandra Shin-Young Park | American Civil Liberties Union Foundation |
|---|---|
| Name - First    Middle    Last | Firm Name |
| 125 Broad St., 18th Fl. | New York, NY 10004 |
| Mailing Address | City, State, Zip |
|  | (212) 519-7871 |
| Utah State Bar # (if applicable) | Telephone Number |

By signing this form, I understand and consent to the following:
- Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77 (d) and Fed. R. Crim P. 49 by either (i) notice of electronic filing, or (ii) e-mail transmission;
- Such electronic service will constitute service and notice of entry as required by those rules;
- I waive my right to service by USPS mail;
- I will abide by all Court rules, orders, and procedures governing the use of the electronic filing system;
- The combination of user ID and password issued by this Court will serve as the equivalent of my signature when I e-file documents with the Court;
- I will carefully examine all documents prior to e-filing them to either (i) redact sensitive and private information pursuant to DUCiv R , or (ii) move that the filing be sealed;
- I will secure and protect my Court-issued password against unauthorized use or compromise; and
- I will promptly notify the Clerk of this Court when I have a change of name, firm, address, or e-mail address.

**Email Address(es):**
Primary E-mail address  spark@aclu.org

Up to two additional e-mail addresses 1) bstein@aclu.org ,
2) rsekaran@aclu.org

**To receive a login, you must complete one of these four options. Please check appropriate box.**

| | |
|---|---|
| ☐ | I have attended the CMECF Training given by the Court. (signup at http://ors.utd.uscourts.gov) |
| ☐ | I have completed the CMECF Training for Attorneys given by an in-house trainer in my firm. |
| ☐ | I have completed the CMECF Online Computer-Based Training modules on the court website. |
| ■ | I have an ECF account in the Utah Bankruptcy Court or in another Federal District Court. |

Date: 08/16/2013         Signature: _____

Please complete this form, and submit it by one of the following methods:
1. Mail the form to: **United States District Court, Office of the Clerk, ATTN: CM/ECF Registration, 350 S. Main St., Suite 150, Salt Lake City, Utah 84101,**
2. Scan and then email the form to **ut_support@utd.uscourts.gov,** or
3. Include this form as a pdf attachment with your Application for Pro Hac Vice.

After this Court processes this form, you will receive by email or US Mail your user ID and password that will enable you to access the system. The User Guide and administrative procedures for system use may be downloaded at: http://www.utd.uscourts.gov/cmecf/ecfpage.html.   Please call the Clerk's Office Help Desk at (801) 524-6851 if you have questions concerning registration, training, or use of the electronic filing system.

Rev. 4/26/12