UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

_____

|  |  |
|---|---|
| UNIVERSITY OF UTAH RESEARCH FOUNDATION ET AL., Plaintiffs, | : : : : : |
| v. | : ORDER FOR PRO HAC VICE ADMISSION : : |
| AMBRY GENETICS CORPORATION, Defendant. | : : Case Number 2:13-cv-00640-RJS |

_____

    It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of <u>Sandra Park</u> in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this_____day of _____, 20_____.

                                                    _____
                                                        U.S. District Judge