IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE: BRCA1- AND BRCA2- BASED HEREDITARY CANCER TEST PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>UNIVERSITY OF UTAH RESEARCH FOUNDATION, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>AMBRY GENETICS CORPORATION,<br><br>Defendant. | MDL CASE NO. 2:14-MD-2510<br><br>CASE NO. 2:13-CV-00640-RJS<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

**PLAINTIFFS' NOTICE OF APPEAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiffs University of Utah Research Foundation, The Trustees of the University of Pennsylvania, HSC Research and Development Limited Partnership, Endorecherche, Inc. and Myriad Genetics, Inc. appeal from (1) the Memorandum Decision and Order Denying Plaintiffs' Motion for a Preliminary Injunction, entered March 10, 2014 (Dkt. No. 185 in Case No. 2:13-CV-00640-RJS; Dkt. No.7 in MDL Case No. 2:14-MD-2510), including any underlying factual findings and conclusions relating to the Order as contained in the hearings that took place on August 23, 2013, September 11, 2013, September 12, 2013, and October 7, 2013, or otherwise; and (2) any and all other orders or rulings adverse to Plaintiffs. This appeal is made to the United States Court of Appeals for the Federal Circuit.

Dated: March 13, 2014

   /s/ *Geoff D. Biegler*
Jonathan E. Singer
Geoff D. Biegler
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
*Attorneys For Plaintiff*
***MYRIAD GENETICS, INC.***

David G. Mangum
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84111
(801) 532-1234
*Attorney For Plaintiffs*
***UNIVERSITY OF UTAH RESEARCH FOUNDATION, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, HSC RESEARCH AND DEVELOPMENT LIMITED PARTNERSHIP, ENDORECHERCHE, INC., AND MYRIAD GENETICS, INC.***

## CERTIFICATE OF SERVICE

On this 13th day of March, I certify that I electronically filed the foregoing **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** with the Clerk of Court using the CM/ECF system that will send an electronic notification to counsel of record for all of the parties.

*/s/ Geoff D. Biegler*