# United States District Court
## District of Utah



**D. Mark Jones**  
Clerk of Court

**Louise S. York**  
Chief Deputy Clerk

March 14, 2014

Clerk,  
Court of Appeals for the  
Federal Circuit  
717 Madison Place N.W.  
Washington D.C. 20439

—

RE:  Payment of fees for Notice of Appeal  
     University of Utah Research Foundation et al v. Ambry Genetics  
     Lower Docket: 2:13-cv-00640-RJS

Dear Clerk of Court:

   The Notice of Appeal has been filed on 3/13/14 in this court.  Payment of fees has now been  made in the following manner:

[X]  $505.00 docket fee has been paid.

[ ]  The docket fee has not been paid.

[ ]  Appellant is the United States of America and/or one of its agencies.

[ ]  This case is proceeding under the Criminal Justice Act (CJA).

[ ]  The District Court has allowed the appellant to continue *In Forma Pauperis*.

[ ]  The District Court has denied the petition to proceed In Forma Pauperis.  Payment is contingent on the Circuit Court's approval of the application to proceed *In Forma Pauperis*.

Sincerely,

D. Mark Jones, Clerk

by: /s/  
Jennifer Richards  
Generalist Clerk